IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RUTH A. SLONE-STIVER, | : | |
| Plaintiff, | : | Case No. 3:95-CV-269 |
| vs. | : | Judge Walter H. Rice |
| NE ALLOY & METALS DIVISION | : | |
| Defendant. | : | |

## AGREED DISMISSAL ENTRY

Upon agreement of the Plaintiff and Defendant, and as noted by signatures of counsel for same below, this case has been resolved between the Plaintiff and Defendant (hereinafter, the "Parties"). The adversary case between the Parties (Case No. 3:94-ap-03277 in the United States Bankruptcy Court, Southern Division of Ohio) was closed on October 3, 2003. Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Plaintiff's Motion to withdraw the reference is hereby withdrawn.
2. This Case is hereby **DISMISSED WITH PREJUDICE.**

**The Clerk shall treat this as a terminating entry.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　／s／ Walter H. Rice
　　　　　　　　　　　　　　　　　　　　　　　WALTER H. RICE, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

**AGREED:**

*/s/ Donald Ireland via e-mail 10-23-13*      */s/ John Paul Rieser*

| | |
|---|---|
| Donald Jeffrey Ireland (0010443) | John Paul Rieser (0017850) |
| Attorney for NE Alloy & Metals Division | Attorney for Ruth A. Slone-Stiver, Plaintiff |
| Faruki Ireland & Cox PLL | Rieser & Associates LLC |
| 500 Courthouse Plaza SW | 7925 Graceland Street |
| 10 N. Ludlow Street | Dayton, Ohio 45459-3834 |
| Dayton, OH 45402 | Tel: 937/224-4128  Fax: 937/224-3090 |
| Tel: 937/227-3705  Fax: 937/227-3710 | E-Mail: attyecfdesk@rieserlaw.com |
| E-Mail: djireland@ficlaw.com | |

Copies mailed to all counsel of record.

###